647 A.2d 211

**In the Matter of Perry C. PERRINO.**

No. 668, Disciplinary Docket No. 2—Supreme Court.
No. 3 DB 89 Disciplinary Board.

Supreme Court of Pennsylvania.

Aug. 24, 1994.

## ORDER

PER CURIAM:

AND NOW, this 24th day of August, 1994, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated July 18, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

ZAPPALA and MONTEMURO, JJ., did not participate in this matter.